UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14100-CIV-MARTINEZ/MAYNARD

PAMELA HUFF,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff, PAMELA HUFF, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1.    The names of any and all persons, associated persons, firm, partnerships, and/or corporations that may have a financial interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party in the case:

Pamela Huff - Plaintiff

Bruce Culpepper, Esquire - Plaintiff's counsel

United States Of America – Defendant

Wendy A. Jacobus, Esquire, Assistant United States Attorney – counsel for Defendant

Unknown at this time - Probate counsel on behalf of the Decedent / Plaintiff

Unknown at this time – Personal Representative of the Decedent / Plaintiff

Jonathan Huff – Plaintiff's son

All parties listed in Defendant's Certificate of Interested Parties

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: <u>July 15, 2019</u>

Respectfully submitted,

s/Bruce Culpepper
Bruce Culpepper, Esquire
Culpepper Kurland, PLLC
101 East Kennedy Boulevard, Suite 2300
Tampa, Florida  33602
Tel. No. (813) 228-8600
Email: Service-Bruceculpepper@ckfirm.com
Florida Bar Number: 0099170
Attorney for Plaintiff

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail this 15th day of July, 2019 with the Clerk of the Court using CM/ECF and to UNITED STATES ATTORNEY'S OFFICE, Wendy A. Jacobus, Esquire, Assistant U.S. Attorney, wendy.jacobus@usdoj.gov.

s/Bruce Culpepper
Bruce Culpepper, Esquire
Culpepper Kurland, PLLC
101 East Kennedy Boulevard, Suite 2300
Tampa, Florida  33602
Tele:  813-228-8600
Fax:   813-228-6500
Email: Service-Bruceculpepper@ckfirm.com
Florida Bar No.:  0099170
Attorney for Plaintiff