UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

PAMELA M. HUFF,

    Plaintiff,

-vs-

CASE NO.: 19-14100-CIV-MARTINEZ-MAYNARD

UNITED STATES OF AMERICA,

    Defendant.
_____/

## MOTION TO REMOVE STAY AND FOR SUBSTITUTION OF PARTY

Pursuant to the Order Staying Case, Jonathan Huff, as Administrator of the Estate of Pamela M. Huff, moves this Court for an order substituting parties and states:

1. Pamela M. Huff, the Plaintiff herein, died on February 3, 2019.

2. The claim herein is not extinguished.

3. The Suggestion of Death was filed on or about July 8, 2019.

4. The Court stayed activity in this matter on July 9, 2019, until the personal representative of the decedent's estate is appointed.

5. Jonathan Huff has been appointed Administrator of the Estate of the decedent, Pamela M. Huff, as of August 13, 2020. A copy of the Letters of Administration is attached as Exhibit "A."

WHEREFORE, the Administrator, Jonathan Huff, of the Estate of Pamela M. Huff, moves this Court for an order lifting the stay herein and substituting Plaintiff, Jonathan Huff as the Administrator of the Estate of the Decedent, Pamela M. Huff and for such further relief as the Court deems proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail this ___ day of September, 2020 to: UNITED STATES ATTORNEY'S OFFICE, Wendy A. Jacobus, Esquire, Assistant U.S. Attorney, wendy.jacobus@usdoj.gov.

Bruce Culpepper, Esquire
CULPEPPER KURLAND, PLLC
101 East Kennedy Boulevard, Suite 2300
Tampa, Florida 33602
Tele: (813) 228-8600
Fax: (813) 228-6500
Email: Bruceculpepper@ckfirm.com
Florida Bar #: 0099170
Attorney for Plaintiff