UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

PAMELA M. HUFF,

    Plaintiff,

-vs-

CASE NO.: 19-14100-CIV-MARTINEZ-MAYNARD

UNITED STATES OF AMERICA,

    Defendant.
_____/

## REPLY TO DEFENDANT'S RESPONSE TO JONATHAN HUFF'S MOTION TO REMOVE STAY AND FOR SUBSTITUTION OF PARTY

COMES NOW the Plaintiff, PAMELA M. HUFF, by and through her undersigned attorney and in reply to Defendant's Response to Jonathan Huff's Motion to Remove Stay and For Substitution of Party and responds as follows:

1. This cause was stayed and clerically closed pending an appointment of an administrative representative for Plaintiff, PAMELA M. HUFF'S estate following notification to the Court of Ms. Huff's death.

2. Plaintiff's counsel sought to lift the Stay and reopen the case prior to filing an Amended Complaint by filing a Motion to Remove Stay and For Substitution of Party; at the time Plaintiff's counsel was unaware of which attorney would be responding for the Defendant, due to the passage of time before an Administrator was able to be appointed.

3. Defendant correctly brought to the attention of the Court that the Amended Complaint was not filed simultaneously with Plaintiff's Motion.

4. In response, simultaneously with this reply, Plaintiff has filed its Motion For Leave to File Amended Complaint to Substitute Party Plaintiff.

5. Additionally, Plaintiff's Counsel has spoken to Johnathan D. Lott, Esquire, for the Defense, informing him of Plaintiff's Motion and assuring continued communications for a rapid progression of this case.

6. No additional claim is sought in the Amended Complaint; only the title has been changed.

THEREFORE, Plaintiff, PAMELA M. HUFF, hereby requests the Court to reopen the case of Pamela M. Huff and accordingly files the attached Motion for Leave to File Amended Complaint to Substitute Party Plaintiff, for the sole purpose of substitution of party Plaintiff designation to the Administrator of Pamela M. Huff's Estate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail this 29th day of September, 2020 to: UNITED STATES ATTORNEY'S OFFICE, Johnathan D. Lott, Esquire, Assistant United States Attorney, johnathan.lott@usdoj.gov.

Bruce Culpepper, Esquire
CULPEPPER KURLAND, PLLC
101 East Kennedy Boulevard, Suite 2300
Tampa, Florida 33602
Tele: (813) 228-8600
Fax: (813) 228-6500
Email: Bruceculpepper@ckfirm.com
Florida Bar #: 0099170
Attorney for Plaintiff