UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 19-14100-CIV-MARTINEZ- MAYNARD

JONATHAN HUFF, as the Administrator
of the Estate of the Decedent,
PAMELA HUFF,

    Plaintiff,
v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**DEFENDANT'S MOTION TO COMPEL ADVANCED DIAGNOSTIC GROUP'S COMPLIANCE WITH SUBPOENA FOR MEDICAL RECORDS**

Defendant United States of America, by and through the undersigned Assistant U.S. Attorney, respectfully moves for an Order to compel compliance with a subpoena for medical records which was issued to non-party Advanced Diagnostic Group, a medical provider to Pamela Huff, and states the following:

    1.    Pursuant to Fed. R. Civ. P. 45, the Defendant United States issued a subpoena to Advanced Diagnostic Group for the medical records and MRI images of Pamela Huff with a response date of July 1, 2021. See Ex. 1 (copy of subpoena accepted by Advanced Diagnostic Group).[1]

---

[1] Ely Rubenstein, a legal assistant in the undersigned's office, contacted Advanced Diagnostic Group by telephone to see if they would accept service of the subpoena by email; a representative stated that Advanced Diagnostic Group would accept service by email to legalrecordsfl@akumin.com. Mr. Rubenstein sent a copy of the subpoena to that email address on June 2, 2021. See Exhibit 2. After Mr. Rubenstein's multiple attempts at follow up went ignored, the undersigned called and left multiple voicemails with Advanced Diagnostic Group.

2. "Rule 45(a) of the Federal Rules of Civil Procedure authorizes the issuance of a subpoena duces tecum seeking the production of documents (or other materials) from a nonparty . . . ." *Bailey Industries v. CLJP, Inc.*, 270 F.R.D. 662, 666 (N.D. Fla. 2010).

3. Advanced Diagnostic Group has offices throughout the state of Florida, including within the Southern District of Florida. *See Our Center Locations*, https://advanceddiagnosticgroup.com/#centers. Its principal address on file with the Florida Division of Corporations is located in Plantation, FL. *See* Exhibit 4 (printout of Division of Corporations records for Advanced Diagnostic Group LLC). It is within the Southern District of Florida and the jurisdiction of this Court.

4. The subpoena was necessitated by the fact that one of the factual issues presented in this Federal Tort Claims Act case concerns the existence of, extent of, and cause of injuries purportedly suffered by Pamela Huff, the Plaintiff (who has since been substituted with the administrator of her estate). After a vehicle accident between Ms. Huff and a vehicle driven by an employee of the United States Department of Agriculture, which occurred on February 28, 2017, Ms. Huff underwent an MRI at Advanced Diagnostic Group at the advice of her treating physician.

5. Defendant has made multiple attempts to contact Advanced Diagnostic Group regarding compliance with the subpoena by phone, fax, and email, but its contact attempts have been ignored.

---

On July 30, 2021, the undersigned received a voicemail returning his call from "Karen" at Advanced Diagnostic Group's medical records department, who stated that they had not received the subpoena but would accept the subpoena by email to legalrecordsfl@akumin.com (the same email address to which it was previously sent). The undersigned re-sent the subpoena by email that same day. See Exhibit 3. Multiple additional voicemails and emails from both the undersigned and Mr. Rubenstein have gone ignored.

6. Advanced Diagnostic Group has made no written objection to the compliance with the subpoena. Any legal objection to producing the medical records and images must have been made in writing and served on or before the date of compliance specified in the subpoena or is deemed waived. See Fed. R. Civ. P. 45(c)(2)(B); *Bailey Industries*, 270 F.R.D. at 667-668.

7. It should be noted that under Rule 45(g) the Court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." However, the government does not move for a finding of contempt, and instead at this time seeks only an Order requiring Advanced Diagnostic Group to comply with the subpoena so that no further delays in discovery occur.

8. For these reasons, Defendant respectfully requests an order requiring Advanced Diagnostic Group to promptly comply with the subpoena for medical records.

Dated: August 18, 2021
Fort Lauderdale, Florida

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**ACTING UNITED STATES ATTORNEY**

By: /s/ Johnathan D. Lott
JOHNATHAN D. LOTT
Fla. Bar. No. 0116423
Assistant United States Attorney
United States Attorney's Office
Email: johnathan.lott@usdoj.gov
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5931

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by process server on Advanced Diagnostic Group's Registered Agent on file with the Florida Division of Corporations:

LEGALINC CORPORATE SERVICES INC.

5237 SUMMERLIN COMMONS BLVD STE 400

FT MYERS, FL 33907

Dated: August 18, 2021
Fort Lauderdale, Florida

Respectfully submitted,

**JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY**

By: /s/ Johnathan D. Lott
JOHNATHAN D. LOTT
Fla. Bar. No. 0116423
Assistant United States Attorney
United States Attorney's Office
Email: johnathan.lott@usdoj.gov
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5931