UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-14100-CIV-MARTINEZ-MAYNARD

JONATHAN HUFF, as the Administrator of the
Estate of the Decedent, PAMELA M. HUFF,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court upon the Government's Renewed Motion for Permission to Bring Electronic Equipment in the Courtroom. (ECF No. 116). It is hereby

**ORDERED AND ADJUDGED** that:

1. The Government's Renewed Motion to Bring Electronic Equipment into the Courtroom, (ECF No. 116), is **GRANTED**. The following individuals are allowed to bring the below-listed items with them into the Courthouse for the duration of the trial scheduled to begin on Tuesday, May 24, 2022:

    a. **Meredith Ketchum** (Legal Administrative Specialist): one (1) laptop computer; and one (1) Smartphone device.

    b. **Dr. Richard Rozencwaig** (Expert Witness): one (1) laptop computer; and one (1) Smartphone device.

    c. **Dr. Marc Kaye** (Expert Witness): one (1) laptop computer; and one (1) Smartphone device.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20 day of May, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All counsel of record